CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

FEB 25 2015

JULIA ~~~~~, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL KELLY, | ) | CASE NO. 7:14CV00663 |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| CARL F. HACKNEY, DMD, ET AL., | ) | By: Glen E. Conrad<br>Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim actionable under 42 U.S.C. § 1983, and this action is stricken from the active docket of the court.

ENTER: This 25th day of February, 2015.

_____
Chief United States District Judge